IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09–cv–00095–CMA–KMT

EUGENE WIDEMAN,

    Plaintiff,

v.

STATE OF COLORADO,
ROSLIN VIGNA and
DOUGLAS GLOVER,

    Defendants.

---

# MINUTE ORDER

**KATHLEEN M. TAFOYA, United States Magistrate Judge**

    Plaintiff's "Response to the Court Order on Service of Defendants" (Doc. No. 4, filed February 17, 2009), which the court construes as a motion for court order, is DENIED. As stated in the court's previous order (#2), Plaintiff is directed to effect service of the summons and complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than February 23, 2009. The *pro se* plaintiff is not incarcerated or indigent, and he must effect service just as other plaintiffs in this court are required to do.

    Dated this 19th day of February, 2009.