IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00095–CMA–KMT

EUGENE WIDEMAN,

      Plaintiff,

v.

STATE OF COLORADO,
ROSLIN VIGNA and
DOUGLAS GLOVER,

      Defendants.

---

## MINUTE ORDER

---

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion to Stay Rule 16 and 26 Deadlines and to Vacate Scheduling and Planning Conference" (# 23, filed April 6, 2009) is GRANTED.  Discovery in this matter is STAYED pending ruling on the motions for summary judgment.  The scheduling conference set for May 5, 2009, is VACATED.

Dated: April 7, 2009