**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00095-CMA-KMT

EUGENE WIDEMAN,

    Plaintiff,

v.

STATE OF COLORADO,
ROSLIN VIGNA, and
DOUGLAS GLOVER,

    Defendants.

---

## ORDER TO AMEND JUDGMENT

---

Pursuant to the Tenth Circuit Court of Appeals Order and Judgment (Doc. # 50), the Court hereby

ORDERS that the Clerk's Office amend the Judgment (Doc. # 38) to conform to the directions of the Tenth Circuit's Order as follows:

> [W]e REMAND the case to the district court with directions to modify the judgment to be *without prejudice* as to: (1) claims three and four against all defendants as barred by the *Rooker-Feldman* doctrine . . . ; and (2) the claims against the State of Colorado and Judge Vigna as barred by the Eleventh Amendment . . . .

IT IS FURTHER ORDERED that, if Defendant Douglas Glover seeks attorney fees, he shall have 14 days from the date of this Order within which to file a Motion for Attorney's Fees, together with supporting affidavits and documentation.  Plaintiff

Wideman shall have 14 days from the filing date of such Motion for Attorney's Fees within which to file any objection or response he may have to the fees requested.

DATED:  November   04  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge