IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00095-CMA-KMT

EUGENE WIDEMAN,

    Plaintiff,

v.

STATE OF COLORADO,
ROSLIN VIGNA, and
DOUGLAS GLOVER,

    Defendants.

---

ORDER GRANTING MOTION FOR ATTORNEY FEES AND COSTS
AND TO AMEND JUDGMENT

---

This matter is before the Court on Defendant Douglas Glover's Motion for Attorney Fees and Costs Incurred On Appeal (Doc. # 55) and Supplement to Mandate (Doc. # 56). Defendant submitted this Motion pursuant to the Tenth Circuit Court of Appeals Order and Judgment (Doc. # 50). Upon review, the Court finds that the requested attorney fees and costs are reasonable. Accordingly,

IT IS ORDERED THAT the Motion is GRANTED and Defendant Glover is awarded Twelve Thousand Five Hundred Seventy-Nine Dollars ($12,579.00) in attorney fees.

IT IS FURTHER ORDERED that the Clerk's Office amend the previously entered Amended Judgment (Doc. # 53) to award Defendant Attorney Fees and Costs Incurred on Appeal as follows:

1. Twelve Thousand Five Hundred Seventy-Nine Dollars ($12,579.00) in attorney fees; and

2. One Hundred Fifty-Nine and 94/100 Dollars ($159.94) in costs.

DATED: March  02 , 2011

                                                BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge